IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TONYA MARIE ADAMS, individually and on behalf of A.H., her minor son,<br><br>    Plaintiffs<br><br>vs.<br><br>CITY OF CEDAR RAPIDS, IOWA and NATHAN TRIMBLE,<br><br>    Defendants. | NO. 1:21-CV-00053<br><br>**DEFENDANTS' UNRESISTED MOTION TO FILE OVERLENGTH BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Local Rule 7(h), Defendants move the Court for leave to file an overlength Brief in Support of Motion for Summary Judgment, and state:

1. Local Rule 7(h) provides that briefs shall not be more than twenty (20) pages in length.

2. Because of the number of claims alleged, the number of defendants and the complex nature of the issues presented, Defendants require more than twenty (20) pages to adequately present its arguments for summary judgment.

3. Attorney Stone spoke with Plaintiffs' attorney on June 29, 2022, and is authorized to state this Motion is unresisted.

FOR THE ABOVE REASONS, and for good cause shown, Defendants request the Court grant them leave to file an overlength Brief in Support of Motion for Summary Judgment, and that the Motion for Summary Judgment, Statement of Undisputed Facts, Appendix and Brief in support thereof be deemed as having been timely filed.

1

/s/ Wilford H. Stone
Wilford H. Stone, AT0007699
Daniel M. Morgan, AT0013452

**LYNCH DALLAS, P.C.**
526 Second Avenue SE
P.O. Box 2457
Cedar Rapids, Iowa 52406-2457
Telephone (319) 365-9101
Facsimile (319) 365-9512
E-Mail:  wstone@lynchdallas.com
E-Mail:  dmorgan@lynchdallas.com

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

I certify that I served the foregoing document upon the following person(s) by electronic notice pursuant to Federal Rule of Civil Procedure 5(b) on the 29th day of June, 2022.

Bradley J. Kaspar
Matthew G. Novak
Pickens, Barnes & Abernathy
1800 First Ave NE, Suite 200
P.O. Box 74170
Cedar Rapids, IA 52407-4170
bkaspar@pbalawfirm.com
mnovak@pbalawfirm.com

Elizabeth D. Jacobi
Patricia G. Kropf
Assistant City Attorney
101 First Street SE
Cedar Rapids, IA 52401
e.jacobi@cedar-rapids.org

  /s/ Wilford H. Stone