IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TONYAMARIE ADAMS individually and on behalf of AH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CEDAR RAPIDS and NATHAN TRIMBLE,<br><br>Defendants. | No. 21-cv-53-MAR<br><br><br>ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF |

_____

Before the Court is Defendants' Unresisted Motion to File Overlength Brief in Support of Motion for Summary Judgment, filed on June 29, 2022. (Doc. 29.) Defendants have filed the proposed brief in support of their motion for summary judgment. (Doc. 28-2.) The motion states that counsel for Plaintiff does not object to the motion.

Local Rule 7(h) governs the lengths of briefs and states, "A party may request leave to file a brief longer than the length prescribed in the Local Rules by filing a motion containing a statement demonstrating good cause for the proposed length. The brief must be electronically attached to the motion and filed under the same docket entry, and if the motion is granted, the Clerk of Court will detach and docket the brief."

**IT IS ORDERED** for good cause and the reasons stated in the motion, the motion for leave to file overlength brief is **granted**. The overlength brief as filed at Doc. 28 is deemed properly filed.

**IT IS SO ORDERED** this 1st day of July, 2022.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa