I Don't believe anymore

Deliberation will change

my mind from my current

decision

Your Honor —
With all of the evidence presented
to me there is no way
I am changing my mind.

████████

I am becoming very frustrated
with fellow jurors, as a few
are w/ me, as they do not
see it the same way as I do.

Thank you!

My mind has been made up and there is nothing that will sway my decision!

P.S.
   There are jurors worried about the officers consequences if ruled guilty.

Concerning this case, I am not able to change my mind against what I believe to be true given all of the evidenc and discussions with my fellow jurors. I believe we are deadlocked.

Thank you,

████████████

Your Honor,

Please accept this message as an observation of the ~~situation~~ current situation:

Arguments have devolved into emotional ; personal arguments. Each Juror has ensured me that they cannot be swayed ; will not change their belief of what the Verdict shall be - and it is not unanimous.

Sincerely,

████████████████

Juror #5

My mind is made up we feel at this point nothing
will change

███████████████

There is nothing going to
change my mind —
We are stuck

Your Honor,

I believe that after reviewing all the evidence and arguments of fellow jurors, my position regarding the case will not change.

Juror #8 ██████████████