IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TONYAMARIE ADAMS, individually and on behalf of A.H., <br><br> Plaintiff, <br><br> vs. <br><br> NATHAN TRIMBLE, <br><br> Defendant. | No. 1:21-cv-00053-MAR <br><br> UNRESISTED MOTION FOR EXTENSION OF TIME TO SUBMIT CLOSING DOCUMENTS |

Plaintiff TonyaMarie Adams, individually and on behalf of A.H., for her Unresisted Motion for Extension of Time to Submit Closing Documents, states:

1. In its Settlement Order entered on January 23, 2025, the Court set a 30-day deadline for the parties to file closing documents to dismiss the case. (Doc. 119.)

2. The parties remain on track for settlement but require additional time to submit closing documents. Due to the involvement of a municipality, approval of the City Council is required. This matter is on the agenda for the Council's February 25 meeting. The other parties have signed the settlement agreement.

3. Plaintiff respectfully requests the Court extend the deadline for the parties to submit closing documents for an additional 30 days, through and including March 24, 2025.

4. Defendant does not resist this Motion.

Wherefore, Plaintiff TonyaMarie Adams, individually and on behalf of A.H., respectfully requests the Court extend the deadline for the parties to submit closing documents for an additional 30 days, through and including March 24, 2025.

PICKENS, BARNES & ABERNATHY

By /s/ Bradley Kaspar
Matthew G. Novak AT0005897
Bradley J. Kaspar AT0012308
1800 First Avenue NE, Suite 200
P.O. Box 74170
Cedar Rapids, Iowa 52407-4170
PHONE: (319) 366-7621
FAX: (319) 366-3158
EMAIL: mnovak@pbalawfirm.com
EMAIL: bkaspar@pbalawfirm.com

ATTORNEYS FOR PLAINTIFF

Copies to:

Wilford H. Stone
Daniel M. Morgan
Lynch Dallas, P.C.
526 Second Ave. SE
P.O. Box 2457
Cedar Rapids, IA 52406-2457

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I certify this document was served on Feb. 21, 2025 upon all parties by serving the attorney(s) of record at their respective addresses disclosed on the pleadings. Service was made by:

☒ CM/ECF ☐ Email
☐ Hand Delivery ☐ USPS

/s/ Diane N. Myhre